JESSICA WILKINSON et al., as Assignees of Nathan Walczyk, Appellants, et al., Plaintiff, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent. [890 NYS2d 839]—

Present—Scudder, P.J., Hurlbutt, Smith and Centra, JJ.